NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: STANLEY G. SCHWARZ, CHRISTOPHER M. MACHECA, MICHAEL GLANCY,**

*Appellants*

———————————

2015-1327

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/349,523.

———————————

**JUDGMENT**

———————————

CHARLES JOHN ROGERS, Conley Rose, P.C., Houston, TX, argued for appellants. Also represented by STEWART N. MESHER, Austin, TX.

COKE STEWART, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 12, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |